IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RICHARD MATTHEWS, etc.

    Plaintiff,

v.                                                            CV 10-HGD-287-S

AT&T OPERATIONS, INC.,
et al

    Defendants.

ADDENDUM
TO
MEMORANDUM OPINION
FILED ON FEBRUARY 9, 2011

*Also see Powell v. AT&T Mobililty, LLC,* No. 09-1800, 2010 U.S. Dist. LEXIS 110760

(N.D. Ala. Sept. 30, 2010).

This the 10th day of February, 2011.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**