FILED
2011 Mar-24 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MATTHEWS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC. D/B/A AT&T ALABAMA, AT&T OPERATIONS, INC., INNOTRAC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CA No.: 2:10-cv-00287-HGD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ALL PARTIES' STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Richard Matthews and Defendants BellSouth Telecommunications, Inc. d/b/a AT&T Alabama, AT&T Operations, Inc., and Innotrac Corporation (collectively "Defendants") hereby stipulate that they have settled all claims asserted by Plaintiff against Defendants in this action. Plaintiff and Defendants accordingly request that the Court enter an order dismissing with prejudice all claims that Plaintiff asserted or could have asserted in this action, with each party to bear its own expenses and costs.

US2008 2358531.6

s/Archie Grubb
Jere L. Beasley
Alabama Bar No. BEA020
Archie I. Grubb, II
Alabama Bar No. GRU015
W. Daniel Miles, III
Alabama Bar No. MIL060
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
jere.beasley@beasleyallen.com
archie.grubb@beasleyallen.com
dee.miles@beasleyallen.com

*Counsel for Plaintiff*

s/Jeffrey Holmes
Jeffrey E. Holmes, Esq.
Alabama Bar No. ASB-6330-L71J
JOHNSTON BARTON PROCTOR &
ROSE LLP
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Telephone: (205) 458-9472
Fascsimile: (205) 458-9500
jeh@johnstonbarton.com


J. Henry Walker, IV, Esq. (*Pro hac vice*)
Georgia Bar. No. 732254
John P. Jett, Esq. (*Pro hac vice*)
Georgia Bar No. 827033
KILPATRICK TOWNSEND &
STOCKTON LLP
Suite 2800, 1100 Peachtree Street
Atlanta, GA  30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 541-3174
hwalker@kilpatricktownsend.com
jjett@kilpatricktownsend.com

*Counsel for Defendants BellSouth
Telecommunications, Inc. d/b/a AT&T
Alabama and AT&T Operations, Inc.*

s/Dorman Walker
Dorman Walker, Esq.
Alabama Bar No. ASB-9154-R81J
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Facsimile: (866) 736-3854
dwalker@balch.com

David F. Cooper, Esq. (*Pro hac vice*)
Georgia Bar No. 185326
William W. Downs, Esq. *(Pro hac vice)*
Georgia Bar No. 454749
KITCHENS KELLEY GAYNES, P.C.
3495 Piedmont Road, N.E., Suite 900
Atlanta, Georgia 30305
Telephone: (404) 237-4100
dcooper@kkgpc.com

*Counsel for Defendant Innotrac Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2011, I electronically filed the above and foregoing All Parties' Stipulation of Voluntary Dismissal with the Clerk of the Court using the Court's CM/ECF electronic filing system which will send notification of such filing via electronic mail to all counsel of record as reflected below:

*Attorneys for the Plaintiff:*

Jere L. Beasley
Archie I. Grubb, II
W. Daniel Miles, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Email: jere.beasley@beasleyallen.com
Email: archie.grubb@beasleyallen.com
Email: dee.miles@beasleyallen.com

*Attorneys for Defendant Innotrac Corp.:*

Dorman Walker
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
Montgomery, AL 36104
Email: dwalker@balch.com

David F. Cooper (*pro hac vice*)
Williams W. Downs (*pro hac vice*)
KITCHENS KELLEY GAYNES P.C.
3495 Piedmont Road, NE, Suite 900
Atlanta, GA 30305
Email: dcooper@kkgpc.com
Email: wdowns@kkgpc.com

s/Jeffrey E. Holmes
OF COUNSEL

4