FILED

2011 Mar-29  AM 08:49
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD MATTHEWS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:10-cv-00287-HGD |
| | ) | |
| BELLSOUTH | ) | |
| TELECOMMUNICATIONS, INC. | ) | |
| d/b/a AT&T ALABAMA, et al., | ) | |
| | ) | |
| Defendants | ) | |

## DISMISSAL ORDER

Pursuant to the Parties' Stipulation of Voluntary Dismissal (Doc. 56), it is

ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is

DISMISSED WITH PREJUDICE with respect to all claims asserted or which could

have been asserted by plaintiff in this action, each party to bear its own costs.  It is

further ORDERED that the Motion to Dismiss filed by defendant Innotrac

Corporation (Doc. 22) and the Motion to Dismiss filed by defendants BellSouth

Telecommunications, Inc. d/b/a AT&T Alabama and AT&T Operations, Inc. (Doc.

23) are MOOT.

DONE this 29th day of March, 2011.

_Robert B. Propst_
_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**